UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

| | |
|---|---|
| KENNETH MICHAEL WILLIAMS, | CASE NO. 14-05481-5-DMW |
| TONYA ROBINSON WILLIAMS, | CHAPTER 13 |

DEBTORS

### DEBTORS' MOTION TO TRANSFER PROPERTY

NOW COME the debtors, by and through their undersigned counsel, pursuant to E.D.N.C. LBR 4002-1(g)(4), and files this Motion to Transfer Property and as such shows the court as follows:

1. The debtors filed this chapter 13 case on September 19, 2014.

2. The female debtor owns, along with her brother Anthony L. Robinson, real property located at 117 Courthouse Drive, Elizabethtown, NC 28337 (hereinafter "Property") which has a scheduled valued of $80,000.00 subject to a mortgage in the amount of $37,359.16. The female debtor only has bare legal title to the Property as her brother Anthony L. Robinson has made all the payments related to the Property. The female debtor is only connected to the Property because she was helpful in obtaining mortgage financing.

3. The female debtor's brother Anthony L. Robinson is seeking to have the Property owned solely in his name. The transaction will not be arms length. There is no consideration. The debtors are related to the prospective transferee Anthony L. Robinson.

WHEREFORE, debtors pray the Court that they be permitted to convey their interest in the Property to Anthony L. Robinson and for such other and further relief as the court deems just and proper.

Dated: 12/12/14

/s/ Travis Sasser
Travis Sasser
Attorney for debtors
State Bar No. 26707
2000 Regency Parkway
Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

KENNETH MICHAEL WILLIAMS,           CASE NO. 14-05481-5-DMW
TONYA ROBINSON WILLIAMS,            CHAPTER 13

    DEBTORS

### NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a MOTION has been filed by the debtors. A copy of the motion accompanies this notice

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have twenty one (21) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined and final Orders entered by the court without a hearing.

Dated: 12/12/14

/s/ Travis Sasser
Travis Sasser
Attorney for debtors
State Bar No. 26707
2000 Regency Parkway
Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Chapter 13 Trustee
***Served Electronically***

First Citizens Bank & Trust Company
Attn: Roz Johnson Duty
PO Box 25187
Raleigh, NC 27611-5187
***Via certified mail, return receipt requested***

*ALL ADDRESSES ON THE DEBTORS' ATTACHED MAILING MATRIX*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12/12/14

/s/Travis Sasser
Travis Sasser
Attorney for debtors
State Bar No. 26707
2000 Regency Parkway
Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
tsasser@carybankruptcy.com

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

ADT Security Services
Attn: Managing Agent
14200 E. Exposition Ave
Aurora, CO 80012-2540

Ally Financial
Attn: Managing Agent
PO Box 130424
Roseville, MN 55113-0004

Ally Financial serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

Citizens State Bank
Attn: Managing agent
315 Columbus Avenue NW
Vernon, AL 35592-5760

Comenity Bank/Coldwater Creek
Attn: Managing Agent/Bankruptcy
4590 East Broad Street
Columbus, OH 43213-1301

Direct Loan Servicing Center
501 Bleeker Street
Post Office Box 4399
Utica, NY 13504-4399

FSG Bank National Association
Service Finance Co., LLC
555 S Federal Hwy #220
Boca Taton, FL 33432-6033

First Citizens Bank
Attn: Managing Agent
PO Box 27131
Raleigh, NC 27611-7131

(p)FIRST CITIZENS BANK TRUST COMPANY
P O BOX 25187
RALEIGH NC 27611-5187

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

NC Department of Revenue
Attn: Angela C. Fountain, BK MGR.
Post Office Box 1168
Raleigh, NC 27602-1168

NEC Financial Services, Inc.
250 Pehle Avenue
Suite 704
Saddle Brook, NJ 07663-5888

National Auto Finance Co.
Attn: Managing Agent
Post Office Box 2365
Memphis, TN 38101-2365

National Auto Finance Company
PO Box 130424
Roseville, MN 55113-0004

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Service Financial Company, LLC
Attn: Managing agent
555 South Federal Highway Suite 200
Boca Raton, FL 33432-6033

Snap Advances
Attn: Managing agent
123 Grove Avenue, Suite 120
Cedarhurst, NY 11516-2302

SunTrust Bank
Attn. Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Suntrust Bank
Attn: Managing Officer
211 Perimeter Center Parkway
Atlanta, GA 30346-1307

Suntrust Bank
VA-TOC-7530
1030 Wilmer Avenue
Richmond, VA 23227-2403

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Motor Credit Corporation
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

UNC Health Care
Attn: Managing Agent
211 Friday Center Drive, Ste2015
Chapel Hill, NC 27517-9499

Wake Med
Patient Financial Services
Post Office Box 29516
Raleigh, NC 27626-0516

Wells Fargo Bank NA
PO Box 10438
Des Moines IA   50306-0438

Wells Fargo Bank, N.A.
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Card Services
Attn: Managing Agent
PO Box 9210
Des Moines, IA 50306-9210

Wells Fargo Dealer Services
Attn: Managing Agent/Bankruptcy
PO Box 168048
Irving, TX 75016-8048

Wells Fargo Home Mortgage
BK Cash Management MAC#X2302-04C
One Home Campus
Des Moines, IA 50328-0001

Kenneth Michael Williams
PO Box 2105
Apex, NC 27502-1198

Tonya Robinson Williams
PO Box 2105
Apex, NC 27502-1198