**VAN–117** Hearing Conference Worksheet – Rev. 10/01/2013

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Kenneth Michael Williams
PO Box 2105
Apex, NC 27502

CASE NO.: 14–05481–5–DMW

DATE FILED: September 19, 2014

**Raleigh Division**

CHAPTER: 13

Tonya Robinson Williams
 ( debtor has no known aliases )
PO Box 2105
Apex, NC 27502

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*21* – Motion to Transfer Property filed by Travis Sasser on behalf of Kenneth Michael Williams, Tonya Robinson Williams Responses due by 01/5/2015. (Sasser, Travis)**Amended Certificate of Service in Docket Entry 24** Modified on 12/17/2014 (Wiggins, Carrie).

*24* – Amended Certificate of Service filed by Travis Sasser on behalf of Kenneth Michael Williams, Tonya Robinson Williams (RE: related document(s)21 Motion to Transfer Property). (Sasser, Travis)

*25* – Response in Opposition to (related document(s): 21 Motion to Transfer Property/Title filed by Kenneth Michael Williams, Tonya Robinson Williams) filed by John F. Logan on behalf of John F. Logan (Logan, John)

Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518
(919) 319–7400

John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039
919 876–1355

DATED: January 6, 2015

Anne Moell